UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE )<br>UNITED STATES OF AMERICA FOR )<br>AN ORDER PURSUANT TO )<br>18 U.S.C. § 3512 )<br> )<br> )<br> )<br> )<br> ) | ML. NO. 1:21-ml-00628<br><br>**Filed Under Seal** |

**DOJ Reference Number: CRM-182-78228**

## MOTION TO UNSEAL

The United States of America, moving by and through its undersigned counsel, Successor Commissioner, respectfully submits, under seal, this *ex parte* motion to unseal the above matter. In support of its motion, the Successor Commissioner states:

1. On July 9, 2021, pursuant to 18 U.S.C. § 3512, Trial Attorney Phillip Mervis, Office of International Affairs, Criminal Division, U.S. Department of Justice, filed an application for a Commissioner's appointment to assist Estonian authorities in obtaining evidence in connection with a criminal fraud investigation. Pursuant to the confidentiality provision of the Estonia – U.S. Treaty on Mutual Legal Assistance in Criminal Matters[1] and the Estonian authorities's request for confidentiality, the government requested a sealing and non-disclosure order. On July 15, 2021, the Honorable Robert B. Collings, U.S. Magistrate Judge, U.S. District Court for the District of Columbia, pursuant to 18 U.S.C. § 3512, issued a sealing and non-disclosure order. A copy of the Court's Order is attached.

2. On December 3, 2021, Estonian authorities informed undersigned counsel, Successor Commissioner, that the defendants in the pending foreign criminal matter have been charged in the preliminary stage of the case and informed about the criminal offenses.

3. Accordingly, sealing of this matter and the non-disclosure order are no longer necessary.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199

*Angela S. George*
_____
SUCCESSOR COMMISSIONER
Angela S. George
Trial Attorney
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W.
Washington, D.C. 20530
(202) 514-4653 telephone
Angela.George@usdoj.gov

---

[1] Treaty Between the Government of the United States of America and the Government of the Republic of Estonia on Mutual Legal Assistance in Criminal Matters, U.S.-Est., art. V(5), Apr. 2, 1998, S. TREATY DOC. NO. 105-52 (1998).